# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 18-0008 JLS (RAO)      Date: July 6, 2018

Title: Anthony Louis Gallo, Jr. v. Miller, et al.

---

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE WHY DEFENDANT MILLER SHOULD NOT BE REQUIRED TO REIMBURSE U.S. MARSHAL FOR COST OF SERVICE**

Federal Rule of Civil Procedure 4(d) places a duty on defendants to avoid the unnecessary expense of service. Defendant Miller was provided with a copy of the summons and complaint in this action and a waiver of service form, but did not waive service and avoid the costs of personal service. *See* U.S. Marshals Service Form Process Receipt and Return ("Process Receipt and Return"), Dkt. No. 21. The Process Receipt and Return indicates that the U.S. Marshals Service mailed a waiver of service form to Defendant Miller, and on March 29, 2018, received a certified return receipt. *Id.* The Process Receipt and Return then shows that personal service was undertaken by the U.S. Marshals Service.

The U.S. Marshals Service incurred a cost of $81.35 in personally serving Defendant Miller. *See Attachment hereto*, Notification of Expenses Incurred by the United States Marshals Service. Rule 4(d) requires that the Court impose the cost of service on a defendant who fails, without good cause, to return a waiver.

**Accordingly**, **Defendant Miller is ordered to appear in person on <u>July 23, 2018</u>, at <u>11:30 a.m.</u>, at the Roybal Federal Building and U.S. Courthouse, 255 E. Temple St., Courtroom 590, 5th Floor, and show cause why he should not be ordered to pay the cost of service.**

Because the hearing does not involve Plaintiff and has no impact on the merits of the case, Plaintiff will not be required to attend the hearing.

**IT IS SO ORDERED.**

Initials of Preparer    \_\_\_\_\_ : \_\_\_\_\_

dl