COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LOUIS GALLO, JR.,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, JIM MCDONNELL, DEPUTY ANTHONY MILLER, DEPUTY STEPHAN CHRISTOPHER, DEPUTY L. PRICE, and DEPUTY GUSTAVO TORRES, JR.,<br><br>Defendants. | CASE NO. 2:18-CV-00008-JLS (RAOx)<br>Hon. Josephine L. Staton<br>Magistrate Judge Rozella A. Oliver<br>Action Filed: January 2, 2018<br>Trial Date: None Set<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

In light of the stipulation among the parties and the settlement among the parties, the entire action is hereby dismissed with prejudice pursuant to *Federal Rules of Civil Procedure* 41(a)(1)(ii).

All parties are to bear their own costs arising out of this dismissal.

IT IS SO ORDERED.

Date November 13, 2020

Judge Josephine L. Staton

-1-
[ORDER] RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE